# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR OGDEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN R. STEPANIK, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:96-CV-435<br><br>(JUDGE CAPUTO) |

## **MEMORANDUM**

Presently before the Court is Plaintiff's appeal of the Clerk's taxation of costs filed pursuant to Local Rule 54.3. (Doc. 359.) Plaintiff's primary contention is that he is unable to pay the $575.25 in costs awarded by the Clerk because of his indigent status. The United States Court of Appeals for the Third Circuit has instructed district courts to consider a losing party's indigency or inability to pay costs when awarding costs at the conclusion of a civil action. *In re Paoli R.R. Yard Litig.*, 221 F.3d 449, 464 (3d Cir. 2000). If the losing party has presented evidence that he is in fact indigent or otherwise unable to pay costs, the Court then may, in its discretion, exempt the losing party from costs. *Id.*

Plaintiff has presented evidence that he is in fact unable to pay costs. He is incarcerated and has no source of income. Accordingly, the Court will vacate the Clerk's Judgment (Doc. 358) which taxed costs against Plaintiff.

An appropriate Order follows.

 May 9, 2005             /s/ A. Richard Caputo
Date                     A. Richard Caputo
                         United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTOR OGDEN, | |
| Plaintiff, | CIVIL ACTION NO. 3:96-CV-435 |
| v. | |
| JOHN R. STEPANIK, et al., | (JUDGE CAPUTO) |
| Defendants. | |

**ORDER**

**NOW**, this 9th day of May, 2005, **IT IS HEREBY ORDERED** that the Clerk's Judgment (Doc. 358) is **VACATED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge